# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

-vs-                                             Criminal Action No.   10-13-RET-SCR

JOHN D. DAIGLE

### RULING ON MOTION TO FIX BAIL BOND

Defendant's Motion to Fix Bail Bond filed February 11, 2010, record document number 8, is denied as moot.  Defendant stipulated to detention at the hearing held February 11, 2010.[1]

Baton Rouge, Louisiana, February 17, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 12.